E-Filed: **3/2/2009**
**JS-6**

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **Jose Perez, et al.,** | ) | **CASE NO. CV 08-8102-GHK (PLAx)** |
| **Plaintiffs,** | ) | |
| | ) | **JUDGMENT** |
| **v.** | ) | |
| | ) | |
| **Countrywide Home Loans, Inc.,** | ) | |
| **Defendant.** | ) | |

Pursuant to our Order dismissing Defendant Countrywide Home Loans, Inc. on March 2, 2009, **IT IS HEREBY ADJUDGED** that Defendant shall have judgment against Plaintiffs on all claims.  Plaintiffs shall take nothing by their Complaint.

**IT IS SO ORDERED.**

DATED: March 2 , 2009

_____
GEORGE H. KING
United States District Judge